AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| MANUEL PENA<br><br>*Plaintiff(s)*<br>v.<br><br>EMERALD EQUITY GROUP LLC, EEG FC LP, EEG FC GP LLC, ARCHROCK, LLC, 312 W 114 LP, 320 MANHATTAN AVE LP, 350 MANHATTAN AVENUE LP, 320 MANHATTAN AVE REALTY LLC, DAILY MAINTENANCE 1 LLC, and THE CLEARSTONE GROUP, INC.<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 21cv7843 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Please see attached document.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Shelly L. Friedland, Esq. Trief & Olk
750 Third Avenue, Suite 2902 New York, NY 10017
(212) 486-6060
sfriedland@triefandolk.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: September 23, 2021                                    /S/ S. James
                                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

[ Print ]   [ Save As... ]                                         [ Reset ]

1. EMERALD EQUITY GROUP LLC
   1 BATTERY PARK PLAZA
   SUITE 3100
   NEW YORK, NEW YORK, 10280, New York County

2. EEG FC LP
   1 BATTERY PARK PLAZA
   SUITE 3100
   NEW YORK, NEW YORK, 10004, New York County

3. EEG FC GP LLC
   1 BATTERY PARK PLAZA
   SUITE 3100
   NEW YORK, NEW YORK, 10004, New York County

4. ARCHROCK, LLC,
   1 BATTERY PARK PLAZA
   SUITE 3100
   NEW YORK, NEW YORK, 10004, New York County

5. 312 W 114 LP
   1 BATTERY PARK PLAZA
   SUITE 3100
   NEW YORK, NEW YORK, 10004, New York County

6. 320 MANHATTAN AVE LP,
   PO BOX 967 NEW YORK
   NEW YORK, NEW YORK, 10272, New York County

7. 350 MANHATTAN AVENUE LP
   C/O Archrock LLC.,
   1 BATTERY PARK PLAZA
   SUITE 3100
   NEW YORK, NEW YORK, 10004, New York County

8. 320 MANHATTAN AVE REALTY LLC,
   266 BROADWAY, SUITE 602
   BROOKLYN, NEW YORK, 11211, Kings County

9. DAILY MAINTENANCE 1 LLC
   177 WEST 126TH STREET, BA
   NEW YORK, NEW YORK, 10027, New York County

10. THE CLEARSTONE GROUP, INC.
    917 CLIFFSIDE AVE VALLEY STREAM
    NEW YORK, NEW YORK, 11581, Nassau County