UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MANUEL PENA,

                        Plaintiff,                        21-CV-07843 (PGG)(SN)

    -against-                               **ORDER**

EMERALD EQUITY GROUP LLC, et al.,

                        Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On October 26 and November 15, 2021, Plaintiff filed affidavits of service on Defendants Daily Maintenance 1 LLC, 350 Manhattan Ave LP, 320 Manhattan Ave LP, 312 W 114 LP, Archrock LLC, Emerald Equity Group LLC, EEG FC LP, EEG FC GP LLC, 320 Manhattan Ave Realty LLC, and The Clearstone Group, Inc. As of today, none of the Defendants has filed a notice of appearance, responsive pleading, or any other motion. No later than January 4, 2022, Plaintiff shall file a letter informing the Court whether Plaintiff has been in contact with Defendants or made any efforts to confirm receipt of service. The letter should also state whether Plaintiff intends to move for default judgment.

**SO ORDERED.**

                                                    SARAH NETBURN
                                                   United States Magistrate Judge

DATED:     New York, New York
                 December 29, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/29/2021