UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: TRIEF & OLK, P.C.

MANUEL PENA

                                            Plaintiff(s)

           - against -

EMERALD EQUITY GROUP LLC, ETAL

                                          Defendant(s)

Index # 1:21-CV-07843-PGG-SN

Purchased September 20, 2021

Mail Date October 21, 2021

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

YOLER JEAN-BAPTISTE BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 21, 2021 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT to DAILY MAINTENANCE 1 LLC at

ATTN: ALL MEMBERS
537 WEST 125TH STREET
NEW YORK, NY 10027

Copy was mailed REGULAR FIRST CLASS MAIL, and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to me on: October 21, 2021

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER | YOLER JEAN-BAPTISTE |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1139306 |
| No. 01KN6178241 | No. 01MU6238632 | No. 01BR4949206 | Invoice #: 772283 |
| Qualified In New York County | Qualified in Queens County | Qualified in Bronx County | |
| Commission Expires November 26, 2023 | Commission Expires April 11, 2023 | Commission Expires April 3, 2023 | |

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728   NYCDCA#1102045