```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MANUEL PENA,

                      Plaintiff,

    -against-

EMERALD EQUITY GROUP LLC, et al.,

                      Defendants.

-----------------------------------------------------------------X

21-CV-07843 (PGG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    Plaintiff shall file a letter on the status of settlement negotiations with Defendant Daily Maintenance 1 LLC by no later than February 14, 2022. The letter should also provide an update on Plaintiff's efforts to contact the remaining Defendants and whether Plaintiff intends to move for default judgment.

**SO ORDERED.**

                                                      _____
                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:     New York, New York
                February 8, 2022