# TRIEF & OLK
ATTORNEYS AT LAW
750 THIRD AVENUE
SUITE 2902
NEW YORK, NEW YORK 10017
—

TELEPHONE: (212) 486-6060  FACSIMILE: (212) 317-2946  NEW JERSEY OFFICE
EMAIL: FIRM@TRIEFANDOLK.COM                             9 KANSAS STREET
                                                        HACKENSACK, NEW JERSEY 07601
                                                        (201) 343-5770

February 14, 2022

**VIA ECF**
The Honorable Sarah Netburn
United States Magistrate Judge
United States District Court for
 the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

    Re: *Pena v. Emerald Equity Group LLC, et al.*, 1:21-cv-07843-PGG-SN

Dear Judge Netburn:

    We represent Plaintiff Manual Pena and write to update the Court, pursuant to your text order dated February 8, 2022.

    We have reached agreement in principal with Defendant Daily Maintenance 1 LLC for a partial settlement, subject to certain conditions. We are hopeful that we can resolve those issues and move towards drafting a formal agreement and filing for approval of the partial settlement. We will advise the Court if the tentative settlement does not hold.

    We were able to speak to a representative for Defendant The Clearstone Group, Inc. and send them a copy of the complaint. They have now retained counsel and we are entering into a stipulation providing them until March 3, 2022 to file their answer.

    Despite multiple attempts throughout January and early February, we have been unable to reach the other eight Defendants, all of whom are, to our knowledge, controlled by the same principal entity, Emerald Equity Group, LLC. On February 9, 2022, we sent each entity a letter (via FedEx or certified mail) enclosing another copy of the complaint and giving them until March 4, 2022 to file an answer. If they have not done so or otherwise contacted us by that time, we will proceed to file default motions against those entities.

                                         Respectfully submitted,

                                         */s/ Shelly L. Friedland*

                                         Shelly L. Friedland