UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

MANUEL PENA,

Plaintiff,

-against-

No. 21-cv-07843 (PGG)(SN)

EMERALD EQUITY GROUP LLC, EEG FC LP, EEG FC GP LLC, ARCHROCK, LLC, 312 W 114 LP, 320 MANHATTAN AVE LP, 350 MANHATTAN AVENUE LP, 320 MANHATTAN AVE REALTY LLC, and THE CLEARSTONE GROUP, INC.,

Defendants.
---------------------------------------------------------------X

RULE 7.1 STATEMENT

Defendants EMERALD EQUITY GROUP LLC, EEG FC LP, EEG FC GP LLC, ARCHROCK, LLC, 312 W 114 LP, 320 MANHATTAN AVE LP, 350 MANHATTAN AVENUE LP, 320 MANHATTAN AVE REALTY LLC, and THE CLEARSTONE GROUP, INC. provide this statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, 28 U.S.C., to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification of recusal. The undersigned counsel, who are attorneys of record for the aforesaid defendants, hereby certify that their clients have informed us that each entity is not a publicly held corporation, there is no publicly held corporation which holds more than 10% of the stock of any of these companies, and each of them has no parent, subsidiary or affiliate which is a publicly held corporation.

Dated: New York, New York
February 22, 2022

KUCKER MARINO WINIARSKY & BITTENS, LLP

By: ______________________
William D. Hummell, Esq.
747 Third Avenue, 12th Floor
New York, New York 10017
Tel: (212) 869-5030
E-mail: w.hummell@kuckerandbruh.com