# KUCKER MARINO WINIARSKY & BITTENS, LLP

Alan D. Kucker
James R. Marino
Nativ Winiarsky
Andrew B. Bittens *
William D. Hummell
Catherine A. Helwig *
Craig P. Gambardella
Gregg R. Kurlander
Jason M. Frosch
Lisa Faham-Selzer
Joseph S. Goldsmith
Vladimir Favilukis *

Rachel V. Kramer
Danielle K. Ciraola
Kathleen B. Kelliher *
Rafael D. Dayan
William J. Halkias *

OF COUNSEL

Patrick K. Munson
Abner T. Zelman
Nikolaos Preponis
Nicholas G. Yokos *
Daniel Gewirtz
Tanya M. Owens
Kacey H. Sou
Eric R. McAvey

* Also admitted in NJ

February 22, 2022

Via ECF

Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 219
New York, New York 10007

Re: Manuel Pena v Emerald Equity Group LLC, et al.
SDNY No. 21-cv-07843-PGG-SN

Judge Netburn:

Kucker Marino Winiarsky & Bittens, LLP has been engaged to represent all of the defendants except Daily Maintenance 1 LLC. Pursuant to the Court's directives in the fourth para. of the February 15, 2022 Order (the "Order;" [Doc. # 24]; copy attached) and Rules I.B. and G of Your Honor's Individual Practices in Civil Cases ("Rules I.B., I.G."), we are submitting this letter motion to respectfully request an extension of time for defendants to respond to the Complaint dated September 20, 2021 (Doc. # 1) through and including March 11, 2022. We make the request for additional time to investigate the allegations of the Complaint and fulfill the requirements of Fed. R. Civ. P. 11.

The information called for by Rule I.G. is as follows: (1) the original date is unknown; the date provided by the Court in the Order is February 22, 2022 for defendant Clearstone Group, Inc. and March 4, 2022 for other defendants; (2) no previous requests for extension by the defendants who engaged us; (3) not applicable; (4) by its counsel's February 14, 2022 letter to Your Honor (Doc. # 24) it clearly appears plaintiff consents.

Respectfully,

William D. Hummell

via ECF

Shelly L. Friedland, Esq.
*(Attorneys for Plaintiff)*
TRIEF & OLK
750 Third Avenue, Suite 2902
New York, New York 10017

T 212.869.5030
F 212.944.5818

747 Third Avenue
New York, NY 10017

kuckermarino.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/2022

# TRIEF & OLK
ATTORNEYS AT LAW
750 THIRD AVENUE
SUITE 2902
NEW YORK, NEW YORK 10017

TELEPHONE: (212) 486-6060
EMAIL: FIRM@TRIEFANDOLK.COM

FACSIMILE: (212) 317-2946

NEW JERSEY OFFICE
9 KANSAS STREET
HACKENSACK, NEW JERSEY 07601
(201) 343-5770

February 14, 2022

**VIA ECF**
The Honorable Sarah Netburn
United States Magistrate Judge
United States District Court for
 the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re: *Pena v. Emerald Equity Group LLC, et al.*, 1:21-cv-07843-PGG-SN

Dear Judge Netburn:

We represent Plaintiff Manual Pena and write to update the Court, pursuant to your text order dated February 8, 2022.

We have reached agreement in principal with Defendant Daily Maintenance 1 LLC for a partial settlement, subject to certain conditions. We are hopeful that we can resolve those issues and move towards drafting a formal agreement and filing for approval of the partial settlement. We will advise the Court if the tentative settlement does not hold.

We were able to speak to a representative for Defendant The Clearstone Group, Inc. and send them a copy of the complaint. They have now retained counsel and we are entering into a stipulation providing them until March 3, 2022 to file their answer.

Despite multiple attempts throughout January and early February, we have been unable to reach the other eight Defendants, all of whom are, to our knowledge, controlled by the same principal entity, Emerald Equity Group, LLC. On February 9, 2022, we sent each entity a letter (via FedEx or certified mail) enclosing another copy of the complaint and giving them until

---

While Plaintiff may consent to Defendants' request for an extension of time to answer, Plaintiff may not unilaterally grant Defendants extensions. Defendants Daily Maintenance 1 LLC and The Clearstone Group are ORDERED to appear and move for an extension of time to answer by no later than February 22, 2022. If the remaining Defendants do not appear, answer, or otherwise move by March 4, 2022, Plaintiff shall file his Motion for Default Judgment by no later than March 21, 2022. **SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: February 15, 2022
       New York, New York