

Alan D. Kucker
James R. Marino
Nativ Winiarsky
Andrew B. Bittens *
William D. Hummell
Catherine A. Helwig *
Craig P. Gambardella
Gregg R. Kurlander
Jason M. Frosch
Lisa Faham-Selzer
Joseph S. Goldsmith
Vladimir Favilukis *

Rachel V. Kramer
Danielle K. Ciraola
Kathleen B. Kelliher *
Rafael D. Dayan
William J. Halkias *
Samara L. Geller

OF COUNSEL
Patrick K. Munson
Nikolaos Preponis
Nicholas G. Yokos *
Daniel Gewirtz
Tanya M. Owens
Kacey H. Sou
Eric R. McAvey
Joel M. Celso +

** Also admitted in NJ*
*+ Also admitted in DC*

April 29, 2022

Via ECF

**Hon. Sarah Netburn**
United States Magistrate Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 219
New York, New York 10007

Re: Manuel Pena v Emerald Equity Group LLC, et al.
SDNY No. 21-cv-07843-PGG-SN

Judge Netburn:

I prepared this letter as directed in Your Honor's April 27, 2022 Order, on page 2 of Doc. # 46, ordering me to "*file a letter on the status of his representation by April 29, 2022.*"

Plaintiff's Complaint is Doc. # 1. Pursuant to Orders on February 23, 2022 (Doc. #'s 31, 32), Kucker Marino Winiarsky & Bittens, LLP ("KMWB"), on March 10, 2022, filed an Answer for nine of the named defendants (Doc. #'s 39). Pursuant to a March 10, 2022 Order (Doc. # 38), KMWB, on March 11, 2022, filed an Answer for the tenth defendant (Doc. # 40).

My involvement originated under emergency circumstances with each defendant facing a default. I was recruited by Lisa Fahem-Selzer, Esq., one of my law firm partners who does not ordinarily represent clients in a federal action of this type. She told me it was her understanding that two of the defendants have insurance coverage and might demand their own counsel. In addition, there were steps to be taken to advise each defendant of a potential conflict of interest and that, if it wished us to continue, provide a waiver of potential conflicts. Ms. Fahem-Selzer was away during the week of Passover and I was unable to resolve issues in her absence.

On Monday, April 25, 2022, the day of Ms. Fahem-Selzer's return, it was clarified that only one defendant has insurance coverage (The Clearstone Group, Inc.) and it is only for defense (no coverage for a substantive claim), but it asked KMWB to continue representing it. KMWB provided advice to each defendant concerning a potential conflict of interests, and we obtained a signed waiver from most of them. However, despite our advises and our request for a waiver which we have reiterated on multiple occasions, including yesterday once again, five defendants have provided no response to our requests (i.e., Emerald Equity Group LLC, EEG FC LP, EEG FC GP LLC, Archrock, LLC).

KMWB is uncomfortable continuing representation of those five defendants without a signed waiver of conflicts which confirms that we advised each of them of the existence of a potential conflict of interest, and a signature by each of them by which they waive the potential conflict of interests. It is our sincere understanding of rules of ethics that, unless we obtain a signed waiver, we must abstain from representing the five defendants who would not sign.

It is our intention that, if, as of 10:00 am on Monday, May 2, 2022, KMWB has not received a signed waiver of potential conflict from each of those five defendants, we will send a final notification to them advising that, unless each of the five defendants signs the waiver and delivers it to us by the close of business on Thursday, May 5, 2022, KMWB reserves its right to file a motion to withdraw as counsel for any defendant who did not sign the waiver and deliver it to us. In any event, we will provide a supplemental report to Your Honor by 12:00 noon on Friday, May 6, 2022.

We respectfully request Your Honor will provide KMWB with authority to file a motion to withdraw as described above in the event that any of the five defendants do not respond to KMWB by the close of business on Thursday, May 5, 2022.

Respectfully,

William D. Hummell

cc: via ECF

Shelly L. Friedland, Esq.
TRIEF & OLK
(Plaintiff's Attorneys)
750 Third Avenue, Suite 2902
New York, New York 10017