UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MANUEL PENA,

                       Plaintiff,                    No. 21-cv-07843 (PGG)(SN)

   -against-

EMERALD EQUITY GROUP LLC, EEG FC
LP, EEG FC GP LLC, ARCHROCK, LLC,
312 W 114 LP, 320 MANHATTAN AVE LP,       **AFFIDAVIT OF SERVICE**
350 MANHATTAN AVENUE LP, 320
MANHATTAN AVE REALTY LLC,
DAILY MAINTENANCE 1 LLC, and
THE CLEARSTONE GROUP, INC.,

                       Defendants.
-----------------------------------------------------------------X

STATE OF NEW YORK   )
                               ) ss.:
COUNTY OF NEW YORK )

      **WILLIAM D. HUMMELL**, Esq., a member of the bar of this U.S. District Court, pursuant to 28 U.S.C. § 1746, subscribes and affirms the following to be true under the penalties of perjury:

      1.     On May 11, 2022, at 1:56 pm, I served a copy of the court Order (ECF No. 53) granting the motion of Kucker Marino Winiarsky & Bittens, LLP (KMWB) (ECF Nos. 49, 50, 51) and me for an Order granting leave for KMWB and me to withdraw as counsel for Emerald Equity Group, LLC, EEG FC LP, EEG FC GP LLC, and Archrock, LLC.

      2.     My covering email with a copy of the Order included the following information:

> "Mr. Kassirer:
> My present email is further to my previous email to you on May 6, 2022, at 3:38 pm in which I notified Emerald Equity Group, LLC, EEG FC LP, EEG FC GP LLC, and Archrock, LLC (hereinafter, the "Four Defendants"). that Kucker Marino Winiarsky & Bittens, LLP ("KMWB") and I had just filed a motion in the above-described civil action brought in the United States District Court for the Southern District of New York ("SDNY") for an Order by which the federal court would grant leave for KMWB and me to withdraw as counsel for those Four Defendants. KMWB and I did not make a motion concerning the other six defendants.
>
> The Court, by a May 9, 2022 Order (copied below) officially entered on the SDNY docket, granted the motion. Representation by KMWB and me was terminated by the Court effective immediately upon issuance of that Order. The contents of the Order are self-explanatory, and I would not presume to attempt to speak on behalf

1

of the Court. However, I respectfully suggest the Four Defendants should pay particular attention to the parts of the Order which:

1. provide a 30 day temporary stay;
2. direct the Four Defendants to obtain new counsel prior to expiration of the 30 days; and
3. caution defendants that the law and court rules require that a corporation may only participate in court proceedings by an attorney.

As a courtesy and for the sake of good order, I am providing a copy of the court Order included in this email directed to you.
Regards,
William Hummell

3. I did not automatically include with this affidavit a full copy of my notification email directed to Mr. Kassirer because of my concern not to place contact information for him in a public record filed with the Court. However, I will send a copy of that email to Judge Netburn for an *in camera* examination in the event that Her Honor directs me to do so.

4. I will take whatever additional action the Court deems to be necessary.

_____
William D. Hummell

Sworn to before me this 11th
day of May, 2022

_____
Notary Public

DOROTHY A JENKINS
Notary Public, State of New York
No. 01JE6273958
Qualified in Kings County
Commission Expires Dec 24, 2024

2