UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MANUEL PENA,

Plaintiff,

-against-

EMERALD EQUITY GROUP, LLC, EEG FC LP, EEG FC GP LLP, ARCHROCK, LLC, 312 W 114 LP, 320 MANHATTAN AVE LP, 350 MANHATTAN AVE LP, MANHATTAN AVE REALTY LLC, DAILY MAINTENANCE, LLC, and THE CLEARSTONE GROUP, INC.,

Defendants.
-----------------------------------------------------------------X

**21-CV-07843 (PGG) (SN)**

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for EMERALD EQUITY GROUP, LLC, EEG FC LP, EEG FC GP LLP, and ARCHROCK, LLC.

I certify that I am admitted to practice before this Court.

Dated: New York, New York
September 22, 2022

*/S/*
Joshua Beldner, Esq.
Tilton Beldner LLP
626 RXR Plaza
Uniondale, NY 11556
P: (516) 262-3602
F: (516) 324-3170