UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MANUEL PENA,

                        Plaintiff,                    1:21-CV-07843 (PGG)(SN)

      -against-                                      **ORDER**

EMERALD EQUITY GROUP LLC. et al.,

                        Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On September 15, 2022, the parties were ordered to file a status letter no later than September 30, 2022. ECF No. 61. As of today, no such letter has been filed. The parties are ORDERED to file a letter informing the Court about the status on the mediation of this case by October 11, 2022.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
                October 3, 2022