TRIEF & OLK
ATTORNEYS AT LAW
750 THIRD AVENUE
SUITE 2902
NEW YORK, NEW YORK 10017

FACSIMILE: (212) 317-2946

TELEPHONE: (212) 486-6060
EMAIL: FIRM@TRIEFANDOLK.COM

NEW JERSEY OFFICE
9 KANSAS STREET
HACKENSACK, NEW JERSEY 07601
(201) 343-5770

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/25/2022

October 24, 2022

**VIA ECF**
The Honorable Sarah Netburn
United States Magistrate Judge
United States District Court for
the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re: *Pena v. Emerald Equity Group LLC, et al.*, 1:21-cv-07843-PGG-SN

Dear Judge Netburn:

We represent Plaintiff Manual Pena and write to update Your Honor on the status of the mediation, following our letter dated October 11, 2022.

Defendants had previously agreed to provide Plaintiff with an opening settlement offer in response to his settlement demand by October 19. However, William Hummell, counsel for several Defendants, was incapacitated due to illness, which prevented him for discussing the matter with his clients in accordance with the schedule previously agreed upon. He expects to return to the office this week and has committed to providing an opening settlement offer by November 2. Much as Plaintiff is reluctant to delay further, we have agreed to continue the dialogue to account for Mr. Hummell's health issues. The parties therefore respectfully request that the Court keep the mediation referral open until November 4, by which time we will be able to evaluate whether continuing the mediation is in the parties' best interest. If the parties do wish to proceed, we will consult with Mr. Rumack to schedule another mediation session promptly. If the parties do not wish to proceed, we will advise the Court, and will then proceed to move forward with discovery. We will provide an update by November 4 to the Court.

The parties remain available for a conference with Your Honor if there are any questions.

Respectfully submitted,

Shelly L. Friedland

Shelly L. Friedland

The parties' request to stay the case to allow for mediation is GRANTED. The parties shall file a letter with the court no later than November 4, 2022, on the status of mediation and whether the parties will proceed with discovery.
**SO ORDERED.**

Dated: October 25, 2022
New York, New York

SARAH NETBURN
United States Magistrate Judge