TRIEF & OLK
ATTORNEYS AT LAW
750 THIRD AVENUE
SUITE 2902
NEW YORK, NEW YORK 10017

TELEPHONE: (212) 486-6060
EMAIL: FIRM@TRIEFANDOLK.COM

FACSIMILE: (212) 317-2946

NEW JERSEY OFFICE
9 KANSAS STREET
HACKENSACK, NEW JERSEY 07601
(201) 343-5770

November 14, 2022

**VIA ECF**
The Honorable Sarah Netburn
United States Magistrate Judge
United States District Court for
the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re: *Pena v. Emerald Equity Group LLC, et al.*, 1:21-cv-07843-PGG-SN

Dear Judge Netburn:

We represent Plaintiff Manual Pena and write to provide Your Honor with a proposed case management schedule/order in the above-captioned matter.

Plaintiff has conferred with counsel for the Emerald Equities Defendants[1] and we have agreed upon the attached proposal. We have been unable to confirm this proposal with counsel for the remaining Defendants, but he has been kept apprised of the development and has not (as of the time of this submission), indicated his disagreement.

Respectfully submitted,

Shelly L. Friedland

Shelly L. Friedland

[1] This group is comprised of Defendants Emerald Equity Group LLC, EEG FC LP, EEG FC GP LLC, and Archrock, LLC.