Revised: October 17, 2014

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**--------------------------------------------------------------X**

MANUEL PENA

**Plaintiff(s),**

**-against-**

EMERALD EQUITY GROUP LLC, et al.

**Defendant(s).**

**--------------------------------------------------------------X**

21 **-CV-** 7843 **(** PGG **)(SN)**

**[PROPOSED]**
**CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On 11/15/22 the parties appeared for an Initial Pretrial Conference. After review of the pleadings and consultation with the parties, the following scheduling order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

**Pleadings and Parties.** The parties may amend the pleadings or join additional parties until 12/15/22.

**Discovery.** All fact discovery shall be completed by 3/31/23. Disclosure of expert evidence as required Rule 26(a)(2)(A), (B) or (C) shall be made by N/A. The disclosure of expert evidence intended by a party solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party shall be made by N/A. All expert discovery shall be completed by N/A. [*Dates for expert discovery shall be provided only if expert discovery is reasonably anticipated.*]

**Status Letter.** A joint letter informing the Court about the status of discovery shall be filed with the Court by 1/17/23 [*generally 60 days from date of conference*]. The letter should address any outstanding discovery disputes. It should also indicate whether the

parties wish to schedule a settlement conference and, if so, include proposed dates on at least two consecutive weeks. The parties are, however, encouraged to contact the Court earlier if they believe a settlement conference sooner would be productive.

**Summary Judgment Motion.** [*Select as appropriate based on the Individual Practices of the judge who will consider the motion*:] Any party that wishes to file a motion for summary judgment shall file a pre-motion letter with the Hon. ______________________ by ________4/17/23________ (*generally 15 days after the close of discovery*) / Any summary judgment motion shall be filed, without a pre-motion letter, by________4/28/23________ (*generally 30 days after the close of discovery*).

**Trial.** The parties request a jury trial OR bench trial (circle one).

**SO ORDERED.**

DATED: New York, New York

______________________