```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MANUEL PENA,

                         Plaintiff,                    21-CV-07843 (PGG)(SN)

     -against-                      **SETTLEMENT CONFERENCE ORDER**

EMERALD EQUITY GROUP LLC, et al.,

                        Defendants.

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    A settlement conference is scheduled for Monday, January 30, 2023, at 10:00 a.m. in in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

    The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Monday, January 23, 2023 by e-mail to Netburn_NYSDChambers@nysd.uscourts.gov. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                                 United States Magistrate Judge

Dated:      November 15, 2022
               New York, New York