AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

MANUEL PENA
*Plaintiff*
v.
EMERALD EQUITY GROUP LLC, et al.,
*Defendant*

Case No. 1:21-cv-07843-PGG-SN

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MANUEL PENA .

Date: 01/11/2023

s/Eyal Dror
*Attorney's signature*

Eyal Dror (NYS Bar # 4635900)
*Printed name and bar number*

Trief & Olk
750 Third Avenue
Suite 2902
New York, NY 10017
*Address*

edror@triefandolk.com
*E-mail address*

(212) 486-6060
*Telephone number*

(212) 317-2946
*FAX number*

Print Save As... Reset