USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/19/2023

TRIEF & OLK
ATTORNEYS AT LAW
750 THIRD AVENUE
SUITE 2902
NEW YORK, NEW YORK 10017

TELEPHONE: (212) 486-6060
EMAIL: FIRM@TRIEFANDOLK.COM

FACSIMILE: (212) 317-2946

NEW JERSEY OFFICE
9 KANSAS STREET
HACKENSACK, NEW JERSEY 07601
(201) 343-5770

January 17, 2023

**VIA ECF**
The Honorable Sarah Netburn
United States Magistrate Judge
United States District Court for
the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re: *Pena v. Emerald Equity Group LLC, et al.*, 1:21-cv-07843-PGG-SN

Dear Judge Netburn:

We represent Plaintiff Manual Pena and write to provide Your Honor with an update on the parties' discovery progress and overall scheduling issues, pursuant to the Civil Case Management Plan and Scheduling Order (ECF No. 73).

Pursuant to the scheduling orders, on December 16, 2022, Plaintiff and the Emerald Equities Defendants[1] exchanged Rule 26 initial disclosures; the other non-Emerald Defendants,[2] pursuant to your order dated December 20, 2022, served their disclosures on December 30, 2022. On December 16, 2022, Plaintiff served initial discovery requests on all Defendants, and the Emerald Equities Defendants served their initial requests on Plaintiff, to which Plaintiff served his responses today. The Emerald Equities Defendants have requested until January 31, 2023 to serve their responses, to which Plaintiff has consented (in light of the circumstances relating to the non-Emerald Defendants, as explained below).

Due to the ongoing health issues of counsel for the non-Emerald Defendants, their discovery responses will not be served timely today, and they have requested an extension of time to provide them. Defense counsel has indicated that he believes his health has improved

[1] This group is comprised of Defendants Emerald Equity Group LLC, EEG FC LP, EEG FC GP LLC, and Archrock, LLC.

[2] This group is comprised of Defendants 312 W 114 LP; 320 Manhattan Ave LP; 350 Manhattan Avenue LP; 320 Manhattan Ave Realty LLC; Daily Maintenance 1 LLC; and The Clearstone Group, Inc.

sufficiently so that he can move forward with discovery and any settlement discussions; however, given that he was unable to proceed for several weeks, he believes additional time will be needed in order to make up for lost time.

Additionally, the Court has scheduled a settlement conference for January 30, 2023; however, given the absence of even an initial settlement offer from any of the Defendants, Plaintiff does not anticipate having constructive preliminary settlement discussions in advance of that conference. Accordingly, Plaintiff believes the conference would not be a productive use of the Court's (or parties') time, and therefore requests that this conference be adjourned.

Given the status of the discovery from the non-Emerald Defendants and the lack of any progress towards a settlement, the parties respectfully request that the discovery and related deadlines be moved back one month, with discovery to close by April 28, 2023. This will be the last extension that Plaintiff will consent to based on these issues but Plaintiff believes that having all parties participate fully is in the best interest of all and therefore will agree to an adjustment in the schedule if Your Honor consents. Counsel for all Defendants are in agreement with this request.

We are available at Your convenience for a conference to discuss these matters.

Respectfully submitted,

Shelly L. Friedland

Shelly L. Friedland

The parties' request to extend the end of discovery until April 28, 2023, is GRANTED. The parties are directed to contact Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov to reschedule the settlement conference scheduled for January 30, 2023.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: January 19, 2023
New York, New York