UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MANUEL PENA,

Plaintiff,

-against-

EMERALD EQUITY GROUP LLC, EEG FC LP, EEG FC GP LLC, ARCHROCK, LLC, 312 W 114 LP, 320 MANHATTAN AVE LP, 350 MANHATTAN AVENUE LP, 320 MANHATTAN AVE REALTY LLC, DAILY MAINTENANCE 1 LLC, and THE CLEARSTONE GROUP, INC.,

Defendants.
-----------------------------------------------------------X

No. 21-cv-07843 (PGG)(SN)

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR SIX DEFENDANTS: 320 MANHATTAN AVE REALTY LLC, 320 MANHATTAN AVENUE LP, 350 MANHATTAN AVENUE LP, 312 W 114 LP, DAILY MAINTENANCE 1 LLC and THE CLEARSTONE GROUP, INC.**

**PLEASE TAKE NOTICE**, that Kucker Marino Winiarsky & Bittens, LLP, and William D. Hummell, Esq. of said law firm, attorneys of record for six of the named defendants, namely: 320 Manhattan Ave Realty LLC, 320 Manhattan Avenue LP, 350 Manhattan Avenue LP, 312 W 114 LP, Daily Maintenance 1 LLC, The Clearstone Group, Inc., shall move pursuant to Local Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, effective October 29, 2018, and Rule 1.16(c) of the New York Rules of Professional Conduct (effective January 1, 2017), for an Order which permits them to withdraw as counsel for each of those six defendants, effective immediately upon the issuance of the requested Order, and for a stay of all proceedings in this Action for thirty days during which defendants may seek replacement counsel.

As explained in the Hummell Affidavit and movant's memorandum of law including the discussion of court decisions in this Circuit calling for an affidavit and memorandum of law concerning a motion such as this to be filed under seal, the movants are filing the Hummell Affidavit, Exhibits 1 and 2 thereto and their memorandum of law under seal. A public filing of those legal

papers could reveal to other parties in this Action information concerning KMWB's attorney work product which is protected by legal privilege. In addition, we were unwilling to volunteer a legal document which might create an opportunity for plaintiff or other defendants to seek to exploit it during trial. However, if the Court requests movants to provide a copy for *in camera* review by the Court they will do so.

Dated: New York, New York
February 21, 2023

**KUCKER MARINO WINIARSKY & BITTENS, LLP**

By: ______________________
William D. Hummell, Esq.
747 Third Avenue, 12th Floor
New York, New York 10017
Tel: (212) 869-5030
E-mail: whummell@kuckermaino.com

Via ECF

Shelly L. Friedland, Esq.
**TRIEF & OLK**
*(Plaintiff's Attorneys)*
750 Third Avenue, Suite 2902
New York, New York 10017
----------

Stuart Weinberger, Esq.
**GOLDBERG & WEINBERGER LLP**
*(Co-attorneys for following four defendants: Emerald Equity Group LLC, EEG FC LP, EEG FC GP LLC and Archrock, LLC)*
630 3rd Avenue, # 1801
New York, New York 10017
Telephone: (212) 867-9595 (Ext. 313)
E-mail: stuart575@aol.com
----------

Josh Beldner, Esq.
**TILTON BELDNER LLP**
*(Co-attorneys for following four defendants:*

*Emerald Equity Group LLC, EEG FC LP,*
*EEG FC GP LLC and Archrock, LLC)*

626 RXR Plaza
Uniondale, New York 11556
Telephone: (516) 262-3602
E-mail: www.tiltonbeldner.com