```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MANUEL PENA,

                        **Plaintiff,**   21-CV-07843 (PGG)(SN)

      -against-   **ORDER**

EMERALD EQUITY GROUP LLC, et al.,

                        **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On February 24, 2023, the Court stayed the case for 30 days to allow Defendants to seek replacement counsel. ECF No. 86. As 30 days have passed, the stay on this case is now lifted.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 27, 2023
               New York, New York