UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

MANUEL PENA,

Plaintiff,

-against-

EEG FC LP, EEG FC GP LLC, 312 W 114 LP, 320 MANHATTAN AVE LP, 350 MANHATTAN AVENUE LP, and THE CLEARSTONE GROUP, INC.,

Defendants.

---------------------------------------------------------------X

Index No. 21-cv-07843 (PGG)(SN)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for the following defendants EEG FC LP, EEG FC GP LLC, 312 W 114 LP, 320 MANHATTAN AVE LP, 350 MANHATTAN AVENUE LP, and THE CLEARSTONE GROUP, INC., and hereby demands that copies of all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
March 29, 2023

**PHILLIPS NIZER LLP**

By: /s/ *Caitlin Breen*
Caitlin Breen
*CBreen@phillipsnizer.com*
485 Lexington Avenue, 14th Floor
New York, New York 10017
Telephone: (212) 977-9700
Telecopier: (212) 262-5152
*Attorneys for the above-described Defendants*

**TO: via ECF**

Shelly L. Friedland, Esq.
TRIEF & OLK
750 Third Avenue, Suite 2902
New York, New York 10017
*Attorneys for Plaintiff*

Stuart Weinberger, Esq.
GOLDBERG & WEINBERGER LLP
630 3rd Avenue, #1801
New York, New York 10017
*Co-attorneys for Defendants EEG FC LP,*
*and EEG FC GP LLP*

Josh Beldner, Esq.
TILTON BELDNER LLP
626 RXR Plaza
Uniondale, New York 11556
*Co-attorneys for Defendants EEG FC LP,*
*and EEG FC GP LLP*