```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MANUEL PENA,

                                      **Plaintiff,**                21-CV-07843 (PGG) (SN)

   -against-                                                       **ORDER**

EMERALD EQUITY GROUP, LLC, et al.,

                                    **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A telephone conference is scheduled for Tuesday, April 11, 2023, at 12:00 P.M. to discuss the status of this case. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov.

**SO ORDERED.**

                                                            _____
                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:     New York, New York
                 April 5, 2023