UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MANUEL PENA,

                              Plaintiff,                        21-CV-07843 (PGG)(SN)

       -against-                                    **ORDER**

EMERALD EQUITY GROUP, LLC, et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On April 11, 2023, the Court held a conference to discus the status of this case. Accordingly, the deadline for all fact discovery is June 30, 2023. Any party that wishes to file a motion for summary judgment shall file a pre-motion letter with the Hon. Paul G. Gardephe by July 10, 2023.

**SO ORDERED.**

                                                            SARAH NETBURN
                                                             United States Magistrate Judge

DATED:      April 12, 2023
                  New York, New York