TRIEF & OLK
ATTORNEYS AT LAW
750 THIRD AVENUE
SUITE 2902
NEW YORK, NEW YORK 10017

TELEPHONE: (212) 486-6060
EMAIL: FIRM@TRIEFANDOLK.COM

FACSIMILE: (212) 317-2946

NEW JERSEY OFFICE
9 KANSAS STREET
HACKENSACK, NEW JERSEY 07601
(201) 343-5770

June 28, 2023

**VIA ECF**
The Honorable Sarah Netburn
United States Magistrate Judge
United States District Court for the
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 100007

Re: *Pena v. Emerald Equity Group LLC, et al.*, 1:21-cv-07843-PGG-SN

**Motion for Approval of Settlement**

Dear Judge Netburn:

We represent Plaintiff in the above-captioned matter, and write to supplement the record with respect to our joint motion for approval of the settlement, previously filed June 22, 2023. (*See* ECF No. 101.) At that time, certain Defendants had not yet executed the settlement agreement; however, those parties have now done so. Accordingly, attached as Exhibit 1 is the fully executed settlement agreement signed by all parties.

The parties remain available at Your Honor's convenience if you have any questions or concerns regarding the proposed settlement.

Respectfully submitted,

**TRIEF & OLK**

Shelly L. Friedland

By: Shelly L. Friedland
*Attorneys for Plaintiff Manuel Pena*