UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

MANUEL PENA,

Plaintiff,

-against -

EMERALD EQUITY GROUP, LLC, EEG FC LP, EEG FC GP LLP, ARCHROCK, LLC, 312 W 114 LP, 320 MANHATTAN AVE LP, 350 MANHATTAN AVE LP, 320 MANHATTAN AVE REALTY LLC, DAILY MAINTENANCE, LLC, and THE CLEARSTONE GROUP, INC.,

Defendants.

---------------------------------------------------------------------X

**21-CV-07843 (PGG) (SN)**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel of record for Plaintiff and EMERALD EQUITY GROUP, LLC, EEG FC LP, EEG FC GP LLP, ARCHROCK, LLC, 312 W 114 LP, 320 MANHATTAN AVE LP, 350 MANHATTAN AVE LP, 320 MANHATTAN AVE REALTY LLC, and THE CLEARSTONE GROUP, INC., ("Settling Defendants") that any and all claims asserted by Plaintiff in the above-entitled action are hereby discontinued and dismissed, with prejudice, as against Settling Defendants, without costs or attorneys' fees to any party as against another, except as specified in the parties' settlement agreement.

Dated: July 5, 2023
New York, NY

Shelly L. Friedland

Shelly L. Friedland, Esq.
Trief & Olk
750 Third Avenue, Suite 2902
New York, NY 10017

*Attorneys for Plaintiff*

Dated: July 10, 2023
New York, NY

Stuart Weinberger

Stuart Weinberger, Esq.
Weinberger & Weinberger LLP
630 Third Avenue, 18th Floor
New York, NY 10017

*Attorneys for Emerald Equity Group, LLC and Archrock, LLC*

Dated: July 5, 2023
New York, NY

Regina E. Faul, Esq.
Philips Nizer LLP
485 Lexington Avenue
New York, NY 10017

*Attorneys for EEG FC LP, EEG FC GP LLC, 312 W 114 LP, 320 Manhattan Ave LP, 320 Manhattan Ave Realty LLC, 350 Manhattan Avenue LP, and The Clearstone Group, Inc.*

The Clerk of Court is directed not to close the case.

SO ORDERED:

UNITED STATES DISTRICT JUDGE
PAUL G. GARDEPHE

Dated: July 12, 2023