TRIEF & OLK
ATTORNEYS AT LAW
750 THIRD AVENUE
SUITE 2902
NEW YORK, NEW YORK 10017

TELEPHONE: (212) 486-6060
EMAIL: FIRM@TRIEFANDOLK.COM
FACSIMILE: (212) 317-2946

NEW JERSEY OFFICE
9 KANSAS STREET
HACKENSACK, NEW JERSEY 07601
(201) 343-5770

July 13, 2023

**VIA ECF**
The Honorable Sarah Netburn
United States Magistrate Judge
United States District Court for
the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re: *Pena v. Emerald Equity Group LLC, et al.*, 1:21-cv-07843-PGG-SN

Dear Judge Netburn:

We represent Plaintiff Manual Pena and write to Your Honor regarding Defendant Daily Maintenance 1 LLC ("Daily Maintenance"). As previously explained to Your Honor in our June 22, 2023 letter/motion seeking approval of the settlement with all other Defendants (ECF No. 101), Daily Maintenance did not cooperate with settlement discussions or contribute funds to the settlement agreed upon among the other Defendants. Thus, the claims against Daily Maintenance remain.

Plaintiff wishes to pursue discovery against Daily Maintenance, but it is not possible because Daily Maintenance has yet to retain counsel, disregarding Your Honor's February 24, 2023 (ECF No. 86) directive to do so. Accordingly, Plaintiff respectfully requests that a date certain be provided for Daily Maintenance to appear through counsel. If Daily Maintenance fails to do so, Plaintiff will request that the Court enter a default against it.

We are available for a conference at Your Honor's convenience to discuss this matter.

Respectfully submitted,

Shelly L. Friedland

Shelly L. Friedland