```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MANUEL PENA,

                              **Plaintiff,**                   21-CV-07843 (PGG)(SN)

      -against-                                       **ORDER**

EMERALD EQUITY GROUP, LLC, et al.,

                              **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On February 24, 2023, the Court granted William D. Hummell's motion to withdraw as counsel for Defendant Daily Maintenance 1 LLC ("Daily Maintenance"). ECF No. 86. At present, Daily Maintenance has failed to retain counsel. Accordingly, Daily Maintenance is directed to appear through counsel by August 3, 2023. If Daily Maintenance fails to appear or otherwise respond to this order, Plaintiff shall file a letter informing the Court whether Plaintiff has been in contact with Daily Maintenance or made any efforts to confirm receipt of service by August 8, 2023. The letter should also state whether Plaintiff intends to move for default judgment.

**SO ORDERED.**

                                                                 SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:     July 17, 2023
                 New York, New York