UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MANUEL PENA,

                              Plaintiff,                      21-CV-07843 (PGG)(SN)

          -against-                                        **ORDER**

EMERALD EQUITY GROUP, LLC, et al.,

                              Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On August 1, 2023, counsel appeared on behalf of Defendant Daily Maintenance 1 LLC. ECF No. 108. Accordingly, a conference to set deadlines for any remaining discovery is scheduled for August 9, 2023, at 2:30 p.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

                                                               _____
                                                               SARAH NETBURN
                                                               United States Magistrate Judge

DATED:      August 2, 2023
                 New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/2/2023