TRIEF & OLK
ATTORNEYS AT LAW
750 THIRD AVENUE
SUITE 2902
NEW YORK, NEW YORK 10017

TELEPHONE: (212) 486-6060
EMAIL: FIRM@TRIEFANDOLK.COM

FACSIMILE: (212) 317-2946

NEW JERSEY OFFICE
9 KANSAS STREET
HACKENSACK, NEW JERSEY 07601
(201) 343-5770

August 4, 2023

**VIA ECF**
The Honorable Sarah Netburn
United States Magistrate Judge
United States District Court for
the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re: *Pena v. Emerald Equity Group LLC, et al.*, 1:21-cv-07843-PGG-SN

Dear Judge Netburn:

We represent Plaintiff Manual Pena and write to update Your Honor regarding our discussions with Defendant Daily Maintenance 1 LLC ("Daily Maintenance"). As Your Honor is aware, Daily Maintenance has retained counsel, and with his assistance, we have reached a settlement in principle to resolve the remaining claims against Daily Maintenance. We are in the process of finalizing the relevant settlement documents and drafting a joint motion for approval, a process we expect will proceed expeditiously.

In light of these developments, on behalf of Daily Maintenance and Mr. Pena, we respectfully request that the discovery conference scheduled for August 9, 2023 be adjourned. Moreover, we respectfully request until August 17, 2023 to submit the joint motion for approval of the settlement.

We are available for a conference at Your Honor's convenience to discuss this matter.

Respectfully submitted,

Shelly L. Friedland

Shelly L. Friedland